IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Untiedt, Judy C

Printed: 5/6/08

Case Number: 05 B 07442
Judge: Goldgar, A. Benjamin
Filed: 3/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: April 11, 2008
Confirmed: April 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,910.64 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,619.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 605.01 |
| Other Funds: |  | 985.81 |
| Totals: | 12,910.64 | 12,910.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 445.89 | 445.89 |
| 5. | ECast Settlement Corp | Unsecured | 1,335.11 | 1,335.11 |
| 6. | Resurgent Capital Services | Unsecured | 4,985.44 | 4,985.44 |
| 7. | Discover Financial Services | Unsecured | 1,853.38 | 1,853.38 |
| 8. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 9. | GM Card | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,319.82 | $ 11,319.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 19.80 |
| 3% | 11.60 |
| 5.5% | 65.48 |
| 5% | 19.73 |
| 4.8% | 178.79 |
| 5.4% | 309.61 |
|  | $ 605.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Untiedt, Judy C

Printed:  5/6/08

Case Number:  05 B 07442
Judge:  Goldgar, A. Benjamin
Filed:  3/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

